## Certificate of Service

Court Nos. As Per Attached Schedule

Pursuant to USCIT R. 4(b) and (h), I hereby certify that on September 24, 2020, I caused copies of Plaintiffs' Summonses and Complaints to be served on the following parties by certified mail, return receipt requested:

United States
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch,
26 Federal Plaza
New York, NY 10278

| | |
|---|---|
| Mark A. Morgan<br>In His Official Capacity<br>Acting Commissioner<br>U.S. Customs & Border Protection<br>1300 Pennsylvania Ave., N.W.<br>Washington DC 20004 | Scott K. Falk<br>Chief Counsel<br>U.S. Customs & Border Protection<br>1300 Pennsylvania Ave., N.W.<br>Washington DC 20004 |
| Amb. Robert Lighthizer<br>In His Official Capacity<br>United States Trade Representative<br>600 17th Street, NW<br>Washington, DC 20508 | Joseph L. Barloon<br>General Counsel<br>Office of the United States Trade Representative<br>600 17th Street, NW<br>Washington, DC 20508 |

/s/ Lawrence M. Friedman
Lawrence M. Friedman, Partner
**BARNES, RICHARDSON & COLBURN, LLP**

## Certificate of Service

SCHEDULE OF CASES

| Court No. | Plaintiff |
|---|---|
| 20-187 | Apex Tool Group |
| 20-188 | Otter Products, LLC |
| 20-210 | Inventory Sales Company |
| 20-226 | Farrier Product Distribution |
| 20-249 | VC and VISUAL COMFORT |
| 20-251 | Electrolux Home Products, Inc., et al. |
| 20-299 | Flabeg Technical Glass US Corporation |
| 20-317 | Plano Molding Company LLC, et al. |
| 20-332 | The NOCO Company |
| 20-336 | Accent Décor, Inc. |
| 20-344 | House of Atlas, LLC |
| 20-351 | Engineered Exhaust Systems/B-T Inc. |
| 20-358 | Saf-T-Gard International, Inc |
| 20-364 | Finntack USA LLC |
| 20-381 | U.S. Tsubaki Inc. |
| 20-382 | Ford Motor Company |
| 20-420 | Creative at Home USA Inc. |
| 20-501 | North West Rubber Ltd. |
| 20-652 | JLG Industries, Inc. |
| 20-665 | Kewaunee Fabricators, LLC |
| 20-667 | McNeilus Truck and Manufacturing, Inc. |
| 20-696 | Oshkosh Defense, LLC |
| 20-711 | Pierce Manufacturing, Inc. |
| 20-715 | CIC North America Inc. |
| 20-739 | Acuity Brands Lighting, Inc. |
| 20-827 | Honey-Can-Do International, LLC |
| 20-939 | R.J. Van Drunen & Sons Inc. |
| 20-948 | Impact Plastics Corporation, et al. |
| 20-991 | CSE Corporation |
| 20-1033 | Navistar, Inc. |
| 20-1141 | Haworth |
| 20-1158 | Affordable Interior Systems |
| 20-1175 | Pan Pacific Sourcing |
| 20-1197 | JANUS ET CIE |
| 20-1380 | Tredit Tire & Wheel Co., Inc. |
| 20-1399 | Ventra Sandusky, LLC, et al. |
| 20-1414 | Universal Polymer & Rubber Ltd. |
| 20-1466 | Centracore, LLC |
| 20-1489 | Baxter Healthcare Corporation |

| | |
|---|---|
| 20-1511 | Baxter Healthcare SA dba Baxter Healthcare of Puerto Rico |
| 20-1530 | Gambro UF Solutions Inc |
| 20-1564 | Hi-Lex Controls, Inc., and Hi-Lex American, Inc. |
| 20-1644 | BTX Industries, Inc. |
| 20-1664 | Heck Industries |
| 20-1668 | World and Main (Cranbury), LLC, et al. |
| 20-1678 | Coilcraft Inc. |
| 20-1754 | thyssenkrupp Materials NA Inc. et al. |
| 20-1804 | Calpipe Industries, LLC et al. |
| 20-1988 | Creators Incorporated |
| 20-2336 | Teinnovations LLC |
| 20-2582 | Apura Ingredients Inc. |
| 20-2755 | Anna Griffin, Inc. |
| 20-2860 | Magid Glove & Safety Manufacturing Company LLC |
| 20-3051 | Lenovo (United States) Inc., et al. |
| 20-3141 | AFC Cable |
| 20-3174 | Skinny Labs Inc. D/B/A Spin |
| 20-3190 | Melrose International, LLC |
| 20-3269 | Crystorama Inc |
| 20-3278 | Birch Investment Partners LLC |
| 20-3362 | Graco Minnesota, Inc., et al. |
| 20-3636 | Marleylilly LLC |